# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL DeWAYNE SMITH,** ) | |
| ) | Case No. CIV-09-293-D |
| **Petitioner,** ) | |
| ) | **(Capital Case)** |
| vs. ) | |
| ) | |
| **CHRISTE QUICK, Warden,** ) | **Execution Date:   April 4, 2024** |
| **Oklahoma State Penitentiary,** ) | |
| ) | |
| **Respondent.** ) | |

## MOTION FOR LEAVE OF COURT
## TO FILE DOCUMENT UNDER SEAL AND *EX PARTE*

Undersigned appointed counsel, Emma V. Rolls, respectfully moves this Court for leave of Court to file a document under seal and *ex parte* regarding the above-referenced case. Counsel intends to file a motion in which she will detail privileged, sensitive, and personal information that needs to be filed *ex parte*, necessitating counsel move this Court to seek permission for leave to file this document under seal.

Respectfully submitted,

*s/ Emma V. Rolls*
EMMA V. ROLLS, OBA # 18820
First Assistant Federal Public Defender
Office of the Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee, Suite 707
Oklahoma City, OK   73102
(405) 609-5975 (telephone)
Emma_Rolls@fd.org